JONATHAN A. SHAPIRO (SBN 257199)
Jonathan.shapiro@bakerbotts.com
DANIEL P. MARTIN (SBN 306794)
Daniel.martin@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorneys for Defendants,
VAXART, INC., CEZAR ANDREI FLOROIU
AND WOUTER W. LATOUR, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI HOVHANNISYAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VAXART, INC., ARMISTICE CAPITAL, LLC, CEZAR ANDREI FLOROIU, WOUTER W. LATOUR, M.D., STEVEN J. BOYD, and KEITH MAHER, M.D.,<br><br>Defendants. | Case No. 4:20-cv-06175-PJH<br><br>**NOTICE OF APPEARANCE OF JONATHAN A. SHAPIRO**<br><br><u>CLASS ACTION</u> |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Jonathan A. Shapiro of the law firm of Baker Botts L.L.P., who is a member of the State Bar of California and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an attorney of record for Defendants Vaxart, Inc., Cezar Andrei Floroiu, and Wouter W. Latour, M.D. in the above-captioned action.

His contact information is as follows:

JONATHAN A. SHAPIRO (SBN 257199)
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300
Email: jonathan.shapiro@bakerbotts.com

Dated: September 10, 2020            Baker Botts L.L.P.


By: /s/ *Jonathan A. Shapiro*
    Jonathan A. Shapiro
    Daniel P. Martin
    Attorneys for Defendants, VAXART, INC.,
    CEZAR ANDREI FLOROIU AND
    WOUTER W. LATOUR, M.D.